IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00431-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  **QUINCY DUPRE DRAKE,**

  Defendant.

---

### MOTION TO DETERMINE COMPETENCY OF DEFENDANT
---

  COMES NOW the Defendant, Quincy Dupre Drake, by and through his attorney, Robert W. Pepin, Assistant Federal Public Defender, and moves pursuant to 18 U.S.C. § 4241 for a hearing to determine the mental competency of the Defendant, and also moves that a psychiatric or psychological examination of the Defendant be conducted and the psychiatric or psychological report be filed with the Court pursuant to provisions of 18 U.S.C. § 4247(b) and (c) and as grounds therefore states as follows:

  1.  Undersigned counsel states there is reasonable cause to believe that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to fully understand the nature and consequences of the proceedings against him and/or assist properly in his defense.

  2.  The Defendant is charged with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(1). Before further proceedings in this case the Defendant needs to be evaluated for competency pursuant to the provisions of 18 U.S.C. § 4241 and consistent with the provisions of 18 U.S.C. § 4247(b) and (c).

3. The defense requests that Mr. Drake remain at the Federal Detention Center and that the mental health examination be conducted there in that it is not necessary for the Defendant be sent off to some other "suitable facility" for purposes of the examination.

4. Defense counsel and Assistant U.S. Attorney Kurt Bohn discussed asking the Court to appoint Dr. Susan Bograd to conduct the competency evaluation however she has a conflict in this case. The defense suggests Dr. Karen Fukutaki, M.D. conduct the evaluation although Mr. Bohn was not in when called with this suggested name. He may or may not agree with this suggestion. Dr. Fukutaki's telephone number is (303) 667-3249.

WHEREFORE, the Defendant prays for an Order that the Defendant be evaluated for competency pursuant to 18 U.S.C. § 4241 consistent with the provisions of 18 U.S.C. § 4247(b) and (c) and to thereafter set the matter for a competency hearing and for such other and further relief that is just and proper.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Robert W. Pepin
ROBERT W. PEPIN
Office of the Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
E-mail: Robert_Pepin@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2012, I electronically filed the foregoing

**MOTION TO DETERMINE COMPETENCY OF DEFENDANT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn, Assistant U.S. Attorney
        Kurt.Bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Quincy Drake  *(U.S. Mail)*

    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    Attorney for Defendant
    633 - 17th Street, Suite 1000
    Denver, Colorado 80202
    (303) 294-7002
    (303) 294-1192
    Robert_Pepin@fd.org